Submitted July 2, reversed and remanded August 5, 2009

BARRY DEWAYNE BREY,
*Petitioner-Appellant,*

*v.*

Don MILLS,
Superintendent,
Two Rivers Correctional Institution,
*Defendant-Respondent.*

Umatilla County Circuit Court
CV081751; A140858

213 P3d 862

James N. Varner filed the brief for appellant.

John R. Kroger, Attorney General, Jerome Lidz, Solicitor General, and Kathleen Cegla, Attorney-in-Charge, Collateral Remedies, filed the brief for respondent.

Before Haselton, Presiding Judge, and Armstrong, Judge, and Rosenblum, Judge.

PER CURIAM

**PER CURIAM**

Petitioner appeals a general judgment dismissing his petition for post-conviction relief with prejudice. The trial court did not hold a hearing before dismissing the petition on the ground that it was time-barred. A discussion of the facts would not benefit the bench, the bar, or the public. Respondent concedes that, under *Ware v. Hall*, 342 Or 444, 154 P3d 118 (2007), and *Harding v. Hall*, 210 Or App 753, 152 P3d 987 (2007), "petitioner is entitled either to a hearing on the issue of whether his untimely, successive petition should be allowed to go forward, or to a dismissal *without* prejudice." (Emphasis in original.) We accept the concession as well founded.

Reversed and remanded.